

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2014

No. 04-14-00637-CV

**IN RE David GOAD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

On September 9, 2014, relator filed a motion for immediate stay without an accompanying petition. This court has determined that it is without jurisdiction to consider relator's motion. *See* TEX. R. APP. P. 52.10. Accordingly, relator's motion for immediate stay is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on September 10th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. JSC4-4995, styled *David Goad v. Jamie Osborne*, pending in the Justice Court, Precinct 4, Guadalupe County, Texas, the Honorable Todd Friesenhahn presiding.